UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBBIE TENNANT,

          Plaintiff,

                                                   Civil Action No.: 1:16-cv-06922-JPO

NORTHLAND GROUP, INC.,

          Defendants.

## STIPULATION OF DISMISSAL

Plaintiff, Debbie Tennant, and defendant, Northland Group, Inc. ("NGI"), through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41, stipulate that plaintiff's claims against NGI be dismissed, with prejudice, with each party to bear its own respective costs and fees.

Dated this 4h day of December, 2017.

Edward B. Geller, Esq.
M. HARVEY REPHEN & ASSOCIATES, P.C.
15 Landing Way
Bronx, New York 10464
Tel: (914)473-6783
Attorney for Plaintiff

Aaron R. Easley, Esq.
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
3 Cross Creek Drive
Flemington, NJ 08822-4938
Tel: (908)237-1660
Attorney for Defendant